IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Indictment No. 8:09-887-4 |
| | ) | |
| **DANIEL EUGENE FROST,** | ) | |

### DEFENDANT'S OBJECTIONS TO PSR

Please be advised that the Defendant, Daniel Eugene Frost, takes exception to Paragraph 179 in his Pre-Sentence Investigation Report. Mr. Frost intends to file a Motion for a Variance pursuant to 18 U.S.C. 3553(a).

Respectfully submitted,

s/ Joe Watson
Joe Watson, Fed. Id. # 4547
650 E. Washington Street
Greenville, S.C. 29601
(864) 467-0380

s/Nathaniel Roberson
Nathaniel Roberson
Roberson Law Firm
1708 Richland Street
Columbia, SC 29201
(803) 252-4449

June 15, 2010
Greenville, South Carolina