United States District Court
District of South Carolina

| | |
|---|---|
| United States of America | Case No: 8:09-CR-00887-004 HFF |
| v. | |
| Daniel Eugene Frost | Notice of Appeal |

The Defendant, Daniel Eugene Frost, on this 23rd day of August, 2010 Notifies this Honorable Court that he appeals both the conviction and sentence that he received from the Honorable District Court Judge Henry F. Floyd on August 18th, 2010.

Respectfully Submitted

Signed: Daniel E Frost

Daniel Eugene Frost
Spartanburg Detention Center
950 California Ave
Spartanburg, SC 29303

August 23rd, 2010

I certified that I served the State of South Carolina with a Notice of Appeal on the 23rd day of August, 2010 by placing a copy in the U.S. mail, first class postage prepaid, addressed as follows:

page 2 of 2

U.S. District Court
Clerks Office
201 Magnolia Street
Spartanburg, S.C. 29306